UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Jackie Miles : Dkt: 17 – 15520 – mdc
:
: Chapter 13
:

**Debtor's Objection to American Heritage Credit Union's
Motion for Relief From the Automatic Stay**

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Denied. Debtor avers that the mortgage is not delinquent as averred by movant.

6. Denied. Debtor avers that the mortgage is not delinquent as averred by movant.

7. Denied. Debtor avers that the mortgage is not delinquent as averred by movant.

8. Denied. Debtor avers that the mortgage is not delinquent as averred by movant.

9. Denied. Debtor avers that the mortgage is not delinquent as averred by movant.

10. Denied. Debtor avers that the mortgage is not delinquent as averred by movant.

WHEREFORE, Debtor respectfully requests that this Court deny American Heritage's Motion for Relief from the Automatic Stay.

Respectfully Submitted:

Date: July 27, 2020

/s/ Demetrius J. Parrish, Jr.
Demetrius J. Parrish, Jr., Esquire
Attorney for Debtor
7715 Crittenden Street, #360
Philadelphia, Pa. 19118
(215) 735 – 3377/(215) 827 – 5420 fax
Email: djpbkpa@gmail.com