# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-15520-MDC

JACKIE MILES

6534 N GRATZ STREET

PHILADELPHIA, PA 19126

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JACKIE MILES

6534 N GRATZ STREET

PHILADELPHIA, PA 19126

Counsel for debtor(s), by electronic notice only.

DEMETRIUS J. PARRISH
7715 CRITTENDEN ST
SUITE 360
PHILADELPHIA, PA 19118-

Date: 8/4/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee