```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania
In re:                                                              Case No. 17-15520-mdc
Jackie Miles                                                        Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: JEGilmore           Page 1 of 1           Date Rcvd: Sep 02, 2020
                              Form ID: pdf900           Total Noticed: 9


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2020.
db             +Jackie Miles,    6534 N. Gratz Street,    Philadelphia, PA 19126-3403
NONE           +Demetrius Parrish,    The Law Office of Demetrius J. Parrish,    7715 Crittenden Street #360,
                 philadelphia, Pa 19118-4473
cr             +SPECIALIZED LOAN SERVICING LLC,    14841 DALLAS PKWY SUITE 425,    DALLAS, TX 75254-8067
cr             +Specialized Loan Servicing LLC,    14841 Dallas Parkway Suite 300,    Dallas, TX 75254-7883
cr             +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +E-mail/Text: bncnotice@ph13trustee.com Sep 03 2020 04:34:14      WILLIAM C. MILLER, Esq.,
                 Chapter 13 Trustee,    1234 Market Street,    Suite 1813,   Philadelphia, PA 19107-3704
smg             E-mail/Text: megan.harper@phila.gov Sep 03 2020 04:34:09      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 03 2020 04:33:57
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 03 2020 04:34:04      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                             TOTAL: 4

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +SPECIALIZED LOAN SERVICING LLC,    14841 DALLAS PKWY SUITE 425,    Dallas, TX 75254-8067
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2020 at the address(es) listed below:
              DEMETRIUS J. PARRISH    on behalf of Demetrius  Parrish djpbkpa@gmail.com,
               djp711@aol.com;r60715@notify.bestcase.com
              DEMETRIUS J. PARRISH    on behalf of Debtor Jackie  Miles djpbkpa@gmail.com,
               djp711@aol.com;r60715@notify.bestcase.com
              DOUGLAS RICHARD BLECKI    on behalf of Creditor   NAVY FEDERAL CREDIT UNION
               dblecki@princelawfirm.com
              JEROME B. BLANK    on behalf of Creditor   Wells Fargo Bank, N.A. paeb@fedphe.com
              JODI L. HAUSE    on behalf of Creditor   Wells Fargo Bank, N.A. jodi.hause@phelanhallinan.com,
               paeb@fedphe.com
              KEVIN S. FRANKEL    on behalf of Creditor    Specialized Loan Servicing LLC pa-bk@logs.com
              RAYMOND M. KEMPINSKI    on behalf of Creditor    Specialized Loan Servicing LLC
               raykemp1006@gmail.com, raykemp1006@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    American Heritage Credit Union
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 10
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Jackie Miles<br>        *Debtor* | CHAPTER 13 |
| AMERICAN HERITAGE CREDIT UNION<br>        *Movant*<br>vs. | NO. 17-15520 MDC |
| Jackie Miles<br>        *Debtor* | |
| William C. Miller, Esquire<br>        *Trustee* | 11 U.S.C. Section 362 |

### STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$27,181.00** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | September 2017 to July 2020 in the amount of $776.70/month |
| **Total Post-Petition Arrears** | **$27,181.00** |

2. The Debtor shall cure said arrearages in the following manner:

    a). Within seven (7) days of the filing of this Stipulation, Debtor shall file an Amended Chapter 13 Plan to include the post-petition arrears of **$27,181.00.**

    b). Movant shall file an Amended or Supplemental Proof of Claim to include the post-petition arrears of **$27,181.00** along with the pre-petition arrears;

    c). The new 410A form for a Proof of Claim shall not be required for this Amended or Supplemental Proof of Claim.

3. Beginning with the payment due August 1, 2020 and continuing thereafter, Debtor shall pay to Movant the present regular monthly mortgage payment of $776.70 (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month).

4. Should Debtor provide sufficient proof of payments made, but not credited (front & back copies of cancelled checks and/or money orders), Movant shall adjust the account accordingly.

5. In the event the payments under Section 3 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtor and Debtor's attorney of the default in writing

and the Debtor may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant immediate relief from the automatic stay and waiving the stay provided by Bankruptcy Rule 4001(a)(3).

6. If the case is converted to Chapter 7, Movant shall file a Certification of Default with the Court and the Court shall enter an order granting Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date:   July 28, 2020

By: /s/ Rebecca A. Solarz, Esquire
Attorney for Movant

Date: August 19, 2020

*Demetrius J. Parrish, Jr.*
Demetrius J. Parrish, Esquire
Attorney for Debtor

Date:   August 28, 2020

/s/ LeeAne O. Huggins
William C. Miller, Esquire
Chapter 13 Trustee

No Objection -
Without Prejudice to
Any Trustee Rights or
Remedies

Approved by the Court this  2nd  day of _____September_____, 2020.  However, the court retains discretion regarding entry of any further order.

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge