**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**RE: Jackie Miles**                      :                **BK No.: 17 - 15520 - mdc**

　　　　　Debtor                      :                Chapter 13

**NOTICE OF MOTION, RESPONSE**
**DEADLINE OF December 23, 2020 and**
**HEARING DATE OF January 7, 2021, 11:00 a.m.**

Debtor, Jackie Miles has filed a Motion To Modify the Chapter 13 Plan Post -
Confirmation in the above-captioned matter.

　　　　　**Your rights may be affected.**  You should read these papers carefully
and discuss them with your attorney, if you have one in this bankruptcy case.
**(If you do not have an attorney, you may wish to consult with an attorney).**

1. If you do not want the Court to grant the relief sought in the motion or if
   you want the court to consider your views on the motion, then on or
   before December 23, 2020, you or your attorney must do <u>all</u> of the
   following things:

   (a) **FILE AN ANSWER** explaining your position at:

   **Clerk, United States Bankruptcy court**
   **Robert N C Nix Building**
   **900 Market Street, Ste. 400**
   **Philadelphia, Pa. 19107-4299**

   If you mail your answer to the Bankruptcy Court Clerk's Office for filing, you
must mail is early enough so that it will be received on or before the date stated
above;
**AND** (b) **MAIL A COPY** of the documents to the Movant's attorney:

   **Demetrius J. Parrish, Jr., Esquire**
   **7715 Crittenden Street, #360**
   **Philadelphia, Pa. 19118**
   **(215) 735-3377/Fax: (215) 735-1628**

2. If you or your attorney do not take these steps described in paragraphs
   1(a) and 1(b) above and attend the hearing, the court may enter an order
   granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable
   Magdeline D. Coleman on **December 23, 2020 at 11:00 a.m**. in

Courtroom 2.  Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4.  If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.  You may contact the Bankruptcy Court Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: December 9, 2020