# IN THE U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLANIA

Re: Jackie Miles : Bk. No.: 17 – 15520 – mdc
:
:

**ORDER**

AND NOW, this            day of                       , 2021, upon review of Debtor's Motion To Modify Chapter 13 Plan Post Confirmation and any response thereto, it is hereby ORDERED and DECREED that said Motion is GRANTED.

_____

Magdeline D. Coleman, U.S. Bankruptcy Judge