## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RE:  Jackie Miles : Bk. No.:  17 – 15520 – amc
:
:

**CERTIFICATE OF SERVICE**

I, Demetrius J. Parrish, Jr., Esquire, counsel for Debtor, Jackie Miles hereby that I served a copy of debtor's Motion To Modify Post - Confirmation on the following:

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

REBECCA ANN SOLARZ  for American Heritage Credit Union
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Respectfully Submitted:

Date: December 9, 2020

/s/ Demetrius J. Parrish, Jr.
Demetrius J. Parrish, Jr., Esquire
Attorney for Debtor
7715 Crittenden Street, #360
Philadelphia, Pa. 19118
(215) 735 – 3377/(215) 827 – 5420 fax
Email: djpbkpa@gmail.com