UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jackie Miles | CASE NO: 17-15520-mdc |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |
| | ECF Docket Reference No. 178 |
| | Judge: Magdeline D. Coleman |

On 1/7/2021, I did cause a copy of the following documents, described below,

Fifth Amended Chapter 13 Plan ECF Docket Reference No. 178

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/7/2021

/s/ Demetrius J. Parrish, Jr.
Demetrius J. Parrish, Jr.  57512
The Law Office of Demetrius J. Parrish, Jr.
7715 Crittenden Street #360
Philadelphia, PA  19118
215 735 3377

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jackie Miles | CASE NO: 17-15520-mdc |
| | **CERTIFICATE OF SERVICE** |
| | **DECLARATION OF MAILING** |
| | Chapter: 13 |
| | ECF Docket Reference No. 178 |
| | Judge: Magdeline D. Coleman |

On 1/7/2021, a copy of the following documents, described below,

Fifth Amended Chapter 13 Plan ECF Docket Reference No. 178

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/7/2021

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Demetrius J. Parrish, Jr.
The Law Office of Demetrius J. Parrish, Jr.
7715 Crittenden Street #360
Philadelphia, PA  19118

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECIPIENT" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| FIRST CLASS | FIRST CLASS | FIRST CLASS |
|---|---|---|
| PENNSYLVANIA DEPT. OF REVENUE<br>BANKRUPTCY DEPT.<br>P.O. BOX 280946<br>HARRISBURG PA 17125-0946 | NAVY FEDERAL CREDIT UNION<br>P.O. BOX 3000<br>MERRIFIELD VA 22119 | SPECIALIZED LOAN SERVICING, LLC<br>1000 BLUE GENTIAN RD<br>EAGAN MN 55121-7700 |
| FIRST CLASS | FIRST CLASS | FIRST CLASS |
| AMERICAN HERITAGE CREDIT UNION<br>C/O BRIAN ROMANIELLO<br>2060 RED LION RD.<br>PHILADELPHIA PA 19115 | CITY OF PHILA C/O PAMELA THURMOND<br>1401 JFK BLVD, 5TH FL.<br>PHILADELPHIA PA 19102 | RESURGENT CAPITAL SERVICES<br>P.O. BOX 10587<br>GREENVILLE SC 29603 |