## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Jackie Miles

                    Debtor(s)

_____

AMERICAN HERITAGE CREDIT UNION
                    v.
Jackie Miles
                    and
William C. Miller Esq.
                    Trustee

Chapter 13

NO. 17-15520 MDC

### ORDER

AND NOW, this   3rd   day of      March      , 2021 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on September 2, 2020  it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow AMERICAN HERITAGE CREDIT UNION and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 6534 North Gratz Street  Philadelphia, PA 19126.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

_____

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

cc: See attached service list

Jackie Miles
6534 North Gratz Street
Philadelphia, PA 19126

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Demetrius J. Parrish Esq.
1613 Spruce Street
Philadelphia, PA 19103

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532