United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 17-15520-mdc

Jackie Miles   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: admin   Page 1 of 2
Date Rcvd: Mar 03, 2021   Form ID: pdf900   Total Noticed: 9

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jackie Miles, 6534 N. Gratz Street, Philadelphia, PA 19126-3403 |
| NONE | + | Demetrius Parrish, The Law Office of Demetrius J. Parrish, 7715 Crittenden Street #360, philadelphia, Pa 19118-4473 |
| cr | + | SPECIALIZED LOAN SERVICING LLC, 14841 DALLAS PKWY SUITE 425, DALLAS, TX 75254-8067 |
| cr | + | Specialized Loan Servicing LLC, 14841 Dallas Parkway Suite 300, Dallas, TX 75254-7883 |
| cr | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd Suite 300, Highlands Ranch, CO 80129-2386 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: bncnotice@ph13trustee.com | Mar 04 2021 07:42:00 | WILLIAM C. MILLER, Esq., Chapter 13 Trustee, 1234 Market Street, Suite 1813, Philadelphia, PA 19107-3704 |
| smg | | Email/Text: megan.harper@phila.gov | Mar 04 2021 07:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 04 2021 07:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 04 2021 07:42:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | SPECIALIZED LOAN SERVICING LLC, 14841 DALLAS PKWY SUITE 425, Dallas, TX 75254-8067 |
| cr | *+ | SPECIALIZED LOAN SERVICING LLC, 14841 Dallas Parkway Suite 425, Dallas, TX 75254-8067 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 03, 2021 | Form ID: pdf900 | Total Noticed: 9 |

Date: Mar 05, 2021          Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DEMETRIUS J. PARRISH | on behalf of Demetrius Parrish djpbkpa@gmail.com djp711@aol.com;r60715@notify.bestcase.com |
| DEMETRIUS J. PARRISH | on behalf of Debtor Jackie Miles djpbkpa@gmail.com djp711@aol.com;r60715@notify.bestcase.com |
| DOUGLAS RICHARD BLECKI | on behalf of Creditor NAVY FEDERAL CREDIT UNION dblecki@princelawfirm.com |
| JEROME B. BLANK | on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com |
| JODI L. HAUSE | on behalf of Creditor Wells Fargo Bank  N.A. jodi.hause@phelanhallinan.com, paeb@fedphe.com |
| KEVIN S. FRANKEL | on behalf of Creditor Specialized Loan Servicing LLC pa-bk@logs.com |
| KRISTEN D. LITTLE | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC pabk@logs.com klittle@logs.com;logsecf@logs.com |
| RAYMOND M. KEMPINSKI | on behalf of Creditor Specialized Loan Servicing LLC raykemp1006@gmail.com raykemp1006@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor American Heritage Credit Union bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jackie Miles<br>　　　　　　　　Debtor(s)<br>―――――――――――――――――<br>AMERICAN HERITAGE CREDIT UNION<br>　　　　v.<br>Jackie Miles<br>　　　　and<br>William C. Miller Esq.<br>　　　　　　　　Trustee | Chapter 13<br><br>NO. 17-15520 MDC |

## ORDER

　　　　AND NOW, this   3rd   day of   March   , 2021 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on September 2, 2020  it is ORDERED AND DECREED that:

　　　　The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow AMERICAN HERITAGE CREDIT UNION and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 6534 North Gratz Street  Philadelphia, PA 19126.

　　　　The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_Magdeline D. Coleman_
　　　　　　　　　　　　　　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　　　　　　　　　　　　　　Magdeline D. Coleman
　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief U.S. Bankruptcy Judge

cc: See attached service list

Jackie Miles
6534 North Gratz Street
Philadelphia, PA 19126

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Demetrius J. Parrish Esq.
1613 Spruce Street
Philadelphia, PA 19103

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532