United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Jackie Miles  
      Debtor

Case No. 17-15520-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Mar 05, 2021      Form ID: pdf900      Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jackie Miles, 6534 N. Gratz Street, Philadelphia, PA 19126-3403 |
| NONE | + | Demetrius Parrish, The Law Office of Demetrius J. Parrish, 7715 Crittenden Street #360, philadelphia, Pa 19118-4473 |
| cr | + | SPECIALIZED LOAN SERVICING LLC, 14841 DALLAS PKWY SUITE 425, DALLAS, TX 75254-8067 |
| cr | + | Specialized Loan Servicing LLC, 14841 Dallas Parkway Suite 300, Dallas, TX 75254-7883 |
| cr | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd Suite 300, Highlands Ranch, CO 80129-2386 |
| 14503262 | + | AMERICAN HERITAGE CREDIT UNION, C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13967603 | | Philadelphia Dept of Revenue, MSB - 1401 JFK Blvd, Philadelphia, PA 19102 |
| 14082593 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14248134 | + | Specialized Loan Servicing LLC, c/o Kevin S. Frankel, Esquire, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |
| 13967604 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 13994109 | | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN, 55121-7700 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: bncnotice@ph13trustee.com | Mar 06 2021 02:43:00 | WILLIAM C. MILLER, Esq., Chapter 13 Trustee, 1234 Market Street, Suite 1813, Philadelphia, PA 19107-3704 |
| smg | | Email/Text: megan.harper@phila.gov | Mar 06 2021 02:43:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 06 2021 02:42:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13967600 | + | Email/Text: broman@amhfcu.org | Mar 06 2021 02:42:00 | American Heritage Fcu, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 14006814 | + | Email/Text: broman@amhfcu.org | Mar 06 2021 02:42:00 | American Heritage Federal Credit Union, Brian Romaniello, 2060 Red Lion Road, Philadelphia Pa 19115-1603 |
| 14053560 | | Email/Text: megan.harper@phila.gov | Mar 06 2021 02:43:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14357104 | | Email/Text: megan.harper@phila.gov | Mar 06 2021 02:43:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13967601 | + | Email/Text: jackjonas@feltandlukes.com | Mar 06 2021 02:43:00 | Focus Cu, 1530 N. 68th Street, Wauwatosa, WI 53213-2806 |
| 14037983 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 06 2021 02:18:51 | LVNV Funding, LLC its successors and assigns |

| | | | | |
|---|---|---|---|---|
| | | | | as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13967602 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Mar 06 2021 02:43:19 | Navy Federal Cr Union, Po Box 3700, Merrifield, VA 22119-3700 |
| 13990355 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Mar 06 2021 02:43:19 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 13969175 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 06 2021 02:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | SPECIALIZED LOAN SERVICING LLC, 14841 DALLAS PKWY SUITE 425, Dallas, TX 75254-8067 |
| cr | *+ | SPECIALIZED LOAN SERVICING LLC, 14841 Dallas Parkway Suite 425, Dallas, TX 75254-8067 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2021               Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2021 at the address(es) listed below:**

**Name**  **Email Address**

DEMETRIUS J. PARRISH
   on behalf of Demetrius Parrish djpbkpa@gmail.com  djp711@aol.com;r60715@notify.bestcase.com

DEMETRIUS J. PARRISH
   on behalf of Debtor Jackie Miles djpbkpa@gmail.com  djp711@aol.com;r60715@notify.bestcase.com

DOUGLAS RICHARD BLECKI
   on behalf of Creditor NAVY FEDERAL CREDIT UNION dblecki@princelawfirm.com

JEROME B. BLANK
   on behalf of Creditor Wells Fargo Bank  N.A. paeb@fedphe.com

JODI L. HAUSE
   on behalf of Creditor Wells Fargo Bank  N.A. jodi.hause@phelanhallinan.com, paeb@fedphe.com

KEVIN S. FRANKEL
   on behalf of Creditor Specialized Loan Servicing LLC pa-bk@logs.com

KRISTEN D. LITTLE
   on behalf of Creditor SPECIALIZED LOAN SERVICING LLC pabk@logs.com  klittle@logs.com;logsecf@logs.com

RAYMOND M. KEMPINSKI

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 05, 2021 | Form ID: pdf900 | Total Noticed: 23 |

on behalf of Creditor Specialized Loan Servicing LLC raykemp1006@gmail.com  raykemp1006@gmail.com

REBECCA ANN SOLARZ
    on behalf of Creditor American Heritage Credit Union bkgroup@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 11

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>JACKIE MILES | Chapter 13 |
| Debtor | Bankruptcy No. 17-15520-MDC |

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

March 4, 2021

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DEMETRIUS J. PARRISH
7715 CRITTENDEN ST
SUITE 360
PHILADELPHIA, PA 19118-

Debtor:
JACKIE  MILES

6534 N GRATZ STREET

PHILADELPHIA, PA 19126